EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Nydia I. Mancini García | 2008 TSPR 18 <br><br> 173 DPR \_\_\_\_ |

Número del Caso: TS-14748

Fecha: 25 de enero de 2008

Abogada de la Parte Peticionaria:

        Por Derecho Propio

Colegio de Abogados de Puerto Rico:

        Lcdo. José M. Montalvo Trías
        Director Ejecutivo

Materia: Baja voluntaria del ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Nydia I. Mancini García                TS-14748

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de enero de 2008.

Vista la comparecencia del Colegio de Abogados en cumplimiento con la Resolución del 27 de septiembre de 2007, se autoriza la renuncia solicitada por la peticionaria a continuar ejerciendo la abogacía.

Se ordena que se notifique al Colegio de Abogados.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo